```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 08-60569-CIV-ZLOCH
                           07-60134-CR-ZLOCH
```

DONALD O. FRANK,

    Movant,

vs.                                         **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.

_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 17) filed herein by United States Magistrate Judge Patrick A. White. No objections have been filed to said Report. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge (DE 17) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court;

    2. The Movant's Motion To Vacate (DE 1) filed herein by Movant Donald O. Frank be and the same is hereby **GRANTED**; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   4th   day of February, 2009.

                                                    WILLIAM J. ZLOCH
                                                    United States District Judge

Copies furnished:
See attached Mailing List

```
DONALD O. FRANK vs. UNITED STATES OF AMERICA
CASE NOS. 08-60569-CIV-ZLOCH and 07-60134-CR-ZLOCH
```

The Honorable Patrick A. White
United States Magistrate Judge

Philip R. Horowitz, Esq.
For Movant

Scott Behnke, Esq., AUSA
For Respondent